(No. 3887—

Wabash Railroad Company, Claimant, *vs.* State of Illinois,
Respondent.

*Opinion filed March 13, 1945.*

Carleton S. Hadley and L. H. Strasser, for
claimant.

George F. Barrett, Attorney General; C. Arthur
Nebel, Assistant Attorney General, for respondent.

Eckert, J.

Claimant is an Ohio corporation, authorized to do
business as a common carrier by rail within the State of
Illinois. During the month of December, 1942, it trans-
ported two cars of bituminous coal, shipped by Silver
Creek Coal Company, from Danville, Illinois, to the Chi-
cago State Hospital at Dunning, Illinois. The billing
was as follows:

1. Wabash car No. 35772, containing 102,700 pounds of screening
coal and forwarded on Wabash Railroad Company's waybill No. 94,

December 24, 1942, rate $1.60 per ton, total charge $82.16. 2. Wabash car No. 35234, containing 102,300 pounds of screening coal and forwarded on Wabash Railroad Company's waybill, No. 109, December 28, 1942, rate of $1.60 per ton, total charge of $81.84.

The aggregate claim of the Wabash Railroad Company is, therefore, the total of these two items, or $164.00.

The rates and charges assessed against these shipments are in accordance with tariffs lawfully on file with the Illinois Commerce Commission. The cars were received by the Chicago State Hospital; and although the mine charges on the two cars· were paid the freight charges were not.

Claimant has performed duly authorized services for the respondent; it submitted its statement of costs and charges to the respondent within a reasonable time and has not received payment; such non payment is due to no fault on the part of the claimant; when the charge was incurred there remained a sufficient unexpended balance in the appropriation from which payment could have been made. Claimant is therefore entitled to award. *Rock Island Sand and Gravel Company* vs. *State,* 8 C. C. R. 165; *City of Kankakee* vs. *State,* 12 C. C. R. 393.

Award is therefore made in favor of the claimant in the sum of $164.00.